**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**FAIRFIELD BAY COMMUNITY CLUB, INC.**                    **PLAINTIFF**

**VS.**                    **NO.  4:07CV00086**

**VIRGINIA LEE DOTRAY and**
**LAWRENCE ARNDT and GERILYN ARNDT,**
**Husband and Wife**                    **DEFENDANTS**

**VIRGINIA LEE DOTRAY and**
**LAWRENCE ARNDT and GERILYN ARNDT,**
**Husband and Wife**                    **COUNTER-**
                    **PLAINTIFFS**

**V.**

**FAIRFIELD BAY COMMUNITY CLUB, INC.**                    **COUNTER-**
                    **DEFENDANT**

**ORDER**

Pending is the unopposed motion of Plaintiff/Counter-Defendant, Fairfield Bay

Community Club, Inc. to remand.  (Docket # 8).  For good cause shown, the motion is

GRANTED.  This case is hereby remanded to the Circuit Court of Van Buren County, Arkansas.

The clerk of the court is directed to return the file to the Circuit Court of Van Buren County,

Arkansas forthwith.

IT IS SO ORDERED this 12th day of March, 2007.

_____
James M. Moody
United States District Judge